UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Daniel Hayes Jr<br>Kimberly M Hayes | Case No.:  06 B 10224<br><br>Chapter:  13 |
| Debtor(s) | Judge Bruce W. Black |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Daniel Hayes Jr, Kimberly M Hayes, Debtor(s), 1505 Creekside Drive, Minooka, IL 60447
Ronald Cummings, Attorney for Debtor(s), 121 Springfield Ave, Joliet, IL 60435

You are hereby notified that debtor(s) were due to WELLS FARGO BANK, NA for the contractual mortgage payment due 03/01/2009.  When the Trustee Filed the Notice of Final Mortgage Cure Amount on 04/15/09 the Debtor owed for the 03/01/2009  through 04/01/2009 post-petition mortgage payments. As of the date of this Notice 05/07/2009 the Debtor owes for the 05/01/2009 and $96.27  in suspense . The current mortgage payment amount due each month is $1,946.66 .  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/06/2009, WELLS FARGO BANK, NA's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on May 7, 2009.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-A469)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.